ACCEPTED
05-14-01617-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/24/2015 3:56:25 PM
LISA MATZ
CLERK

**No. 05-14-01617-CV**

_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

7/24/2015 3:56:25 PM

LISA MATZ
Clerk

**IN THE
COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS**

**BOSTON SCIENTIFIC CORPORATION, INC.,**
                                 **Defendant-Appellant,**

**V.**

**MARTHA SALAZAR and FELIX SALAZAR,**
                                 **Plaintiffs-Appellees.**

**APPELLEES' SECOND UNOPPOSED MOTION
FOR A 60 DAY EXTENSION OF TIME TO FILE BRIEF**

FREESE & GOSS, PLLC
Tim K. Goss
tim@freeseandgoss.com
3031 Allen St., Ste. 200
Dallas, TX  75204
P:  214.761.6610
F:  214.761.6688

EDWARDS & DE LA CERDA, P.L.L.C.
Kevin L. Edwards
kevin@edwardsdelacerda.com
3031 Allen St., Ste. 100
Dallas, TX  75204
P:  214.550.5238
F:  214.722.2101

CAPSHAW & ASSOCIATES
Richard A. Capshaw
richard@capslaw.com
3031 Allen St., Ste. 201
Dallas, TX  75204
P:  214.761.6610
F:  214.761.6611

MATTHEWS AND ASSOCIATES
David P. Matthews
dmatthews@thematthewslawfirm.com
2509 Sackett St.
Houston, TX  77098
P:  713.522.5250
F:  713.535.7184

*Counsel for Plaintiffs-Appellees Martha Salazar and Felix Salazar*

-1-

TO THE HONORABLE COURT OF APPEALS:

1.    Pursuant to Rules 2, 10.5(b), and 38.6(d), Appellees Martha Salazar and Felix Salazar file this Second Unopposed Motion for Extension of Time to File Brief and respectfully request a 60-day extension of the deadline to file Appellees' Brief.

**I.**
**Appellees Request A 60 Day Extension Of Time To Allow For Finalization Of The Settlement Entered By The Parties.**

2.    This is an appeal of a judgment that was signed on October 2, 2014. The judgment was entered by the 95th Judicial District Court of Dallas County, in Cause No. DC-12-14349, styled *Martha Salazar, et al v. Boston Scientific Corporation, Inc., et al*.

3.    Appellants moved, with agreement by the Appellees, for two extensions of time (a total of sixty days) to file Appellant's brief, both of which were granted by this Court of Appeals. Appellants filed their brief on June 1, 2015.

4.    Prior to the date on which Appellees' Brief was due, Appellees filed an Unopposed Motion for Extension to File Brief, requesting a 120-day extension. This Court of Appeals granted Appellees' Motion for Extension to File Brief and allowed an extension of 30 days. Appellees' Brief is now due July 31, 2015.

5.      Appellees now file their Second Unopposed Motion for Extension to File Brief and request a 60-day extension of this deadline.  If granted, the new deadline to file Appellees' brief would be September 29, 2015. Counsel for Appellees conferred with counsel for Appellants on the extension requested herein and counsel for Appellants is not opposed to Appellees' request or to the filing of this motion.

5.      Appellees' request for an extension is not intended for delay; but rather to allow adequate time to finalize a settlement between the Appellees and the Appellants.  As of the date of filing this Motion for Extension of Time to File Appellees' Brief, counsel for Appellees and counsel for Appellants have executed a Master Settlement Agreement, established a Qualified Settlement Fund for the resolution of a substantial number of claims, including this judgment, and counsel for Appellees has received executed settlement disclosures and settlement agreements from a substantial number of claims, including that of the Appellees.  It is anticipated that counsel for Appellees will receive the remainder of the required executed settlement disclosures and settlement agreements pursuant to the terms of the Master Settlement Agreement during the next 60 days and that the settlement between Appellees and Appellants will be fully executed and finalized.  As such, this case and this appeal will be resolved.  Appellees

and Appellants have conferred and it is agreed that the settlement terms should be satisfied within this timeframe.

6.     Appellant's counsel is not opposed to the requested extension.

7.     Alternatively, if Appellees' request for a 60 day extension is not granted, Appellees respectfully request an extension of 30 days to file their Appellee's Brief.

WHEREFORE Appellees, Martha Salazar and Felix Salazar, respectfully request a 60-day extension of the deadline to file Appellees' Brief, which would make the new deadline for filing of Appellees' Brief September 29, 2015.

Respectfully submitted,

/s/Tim K. Goss
**Tim K. Goss**
Texas Bar No. 08222660
tim@freeseandgoss.com
**Freese & Goss, PLLC**
3031 Allen St., Ste. 200
Dallas, TX  75204
P:  214.761.6610
F:  214.761.6688

**Richard A. Capshaw**
State Bar No. 03783800
richard@capslaw.com
**Capshaw & Associates**
3031 Allen St., Ste. 201
Dallas, TX  75204
P:  214.761.6610
F:  214.761.6611

**David P. Matthews**
Texas Bar No. 13206200
dmatthews@thematthewslawfirm.com
**Matthews and Associates**
2509 Sackett St.
Houston, TX  77098
P:  713.522.5250
F:  713.535.7184

**Kevin L. Edwards**
Texas Bar No. 24040853
kevin@edwardsdelacerda.com
**Edwards & de la Cerda, P.L.L.C.**
3031 Allen St., Ste. 100
Dallas, TX  75204
P:  214.550.5239
F:  214.722.2101

## CERTIFICATE OF SERVICE

On July 24, 2015, a copy of the foregoing pleading was filed and served electronically by email through eFile.txcourts.gov on all counsel of record for Appellees:

S. Vance Wittie
Maria Katina Karos
**Sedgwick, LLP**
1717 Main Street, Ste. 5400
Dallas, TX 75201-7367
P: (469) 227-8200
F: (469) 227-8004
Email:
vance.wittie@sedgwicklaw.com
maria.karos@sedgwicklaw.com

/s/Tim K. Goss
Tim K. Goss

# CERTIFICATE OF CONFERENCE

Counsel for Appellant and counsel for Appellees conferred on July 23, 2015 regarding the substantive request in this motion. Counsel for Appellant does not oppose the relief requested in this motion.

Certified to the 24th day of July, 2015, by:

/s/Tim K. Goss
Tim K. Goss